# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
FILED & ENTERED

SEP 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

In re:

Kay A Padgett,

Debtor(s).

Case No: 1:09-bk-18942-MT

Chapter: 13

**ORDER DISMISSING CASE WITH 180 DAY BAR ON RE-FILING**

Date: August 26, 2009
Time: 10:00 AM
Location: Courtroom 302

On July 20, 2009, Kay Padgett ("debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code. At the time she filed this petition debtor had another petition pending before this court. On August 7, 2009, the court issued an order to show cause why this petition should not be dismissed for having two petitions pending concurrently. No party appeared at the hearing. Because having two petitions pending simultaneously appears abusive and no party appeared in response to the order to show cause;

**IT IS HEREBY ORDERED** that, pursuant to 11 U.S.C. 109(g)(1), this petition be DISMISSED with a 180 day bar on re-filing.

DATED: September 9, 2009

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE WITH 180 DAY BAR ON RE-FILING**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Elizabeth (SV) Rojas    cacb_ecf_sv@ch13wla.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:
Kay A Padgett
5207 Canoga Ave
Woodland Hills, CA 91364

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 2

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| | |

Category III (To be served by the lodging party).

- 3